UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIGRESS SYDNEY ACUTE MCDANIEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CREDIT MANAGEMENT LP and ) <br> CHARTER COMMUNICATIONS, INC., ) <br> ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:23-CV-408-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES as moot plaintiff's motions to amend the complaint [D.E. 17, 18], DENIES plaintiff's motion for extension of time to file a response [D.E. 28], DENIES plaintiff's motion for leave to file a third amended complaint [D.E. 37], GRANTS IN PART defendant Spectrum's motion to dismiss [D.E. 25], and GRANTS defendant CMLP's motion for judgment on the pleadings [D.E. 30]. The court DISMISSES WITH PREJUDICE plaintiff's federal claims in her amended complaint, DECLINES to exercise supplemental jurisdiction over plaintiff's UCC claim against Spectrum, and DISMISSES WITHOUT PREJUDICE plaintiff's UCC claim against Spectrum.

**This Judgment Filed and Entered on January 8, 2024, and Copies To:**

| | |
|---|---|
| Tigress Sydney Acute McDaniel | (via CM/ECF electronic notification) |
| Caren D. Enloe | (via CM/ECF electronic notification) |
| Elizabeth C. King | (via CM/ECF electronic notification) |

DATE: January 8, 2024     PETER A. MOORE, JR., CLERK

(By) /s/ Stephanie Mann
Deputy Clerk